# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LARSON, ALLEN D | § | Case No. 13-26898 |
| LARSON, DEBRA | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/01/2013 . The undersigned trustee was appointed on 07/02/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $    119,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 725.95 |
   | Administrative expenses | 57,199.87 |
   | Bank service fees | 240.79 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 45,833.39 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/01/2013 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,678.95 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 7,678.95 , for a total compensation of $ 7,678.95 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/01/2018                By: /s/MICHAEL G. BERLAND
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 13-26898 PSH Judge: Pamela S Hollis | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: LARSON, ALLEN D | Date Filed (f) or Converted (c): | 07/01/13 (f) |
| LARSON, DEBRA | 341(a) Meeting Date: | 07/30/13 |
| For Period Ending: 02/01/18 | Claims Bar Date: | 11/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 21546 EICH CREST HILL, ILLINOIS | 126,500.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCUNT PNC | 65.00 | 0.00 | | 0.00 | FA |
| 3. SAVINGS ACCOUNT ING | 100.00 | 0.00 | | 0.00 | FA |
| 4. HOSUEHOLD GOODS | 1,800.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS, CD'S ETC | 150.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 7. EARRINGS, WATCH JEWLERY | 200.00 | 0.00 | | 0.00 | FA |
| 8. VIDEO CAMERA, GUITAR | 500.00 | 0.00 | | 0.00 | FA |
| 9. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 10. PI LAWSUIT | 0.00 | 1.00 | | 119,000.00 | FA |
| Case was settled for $119,000 Debtor's exmption is $15,000 | | | | | |
| 11. CHEVROLET MALIBU 2007 | 6,408.00 | 0.00 | | 0.00 | FA |
| 12. 2003 FORD CROWN VICTORIA | 1,650.00 | 0.00 | | 0.00 | FA |
| 13. FAMILY PETS | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $137,573.00 | $1.00 | | $119,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee employed special counsel for a personal injury case Case was settled for $119,000

Initial Projected Date of Final Report (TFR): 12/31/17    Current Projected Date of Final Report (TFR): 12/30/18

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                               Ver: 20.00g

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-26898 -PSH | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | LARSON, ALLEN D | | Bank Name: | BOK Financial |
| | LARSON, DEBRA | | Account Number / CD #: | *******0092  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9031 | | | |
| For Period Ending: | 02/01/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals      0.00      0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 13-26898 -PSH | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | LARSON, ALLEN D | | Bank Name: | BOK Financial |
| | LARSON, DEBRA | | Account Number / CD #: | *******0103  Checking Account |
| Taxpayer ID No: | *******9031 | | | |
| For Period Ending: | 02/01/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/02/17 | 10 | Sentry insurance & Mutual Company | Personal injury settlement | 1142-000 | 115,000.00 | | 115,000.00 |
| 11/02/17 | 10 | EMC insurance | Personal injury settlement | 1142-000 | 4,000.00 | | 119,000.00 |
| 11/08/17 | 000501 | Horowitz, Horowitz & Associates | Special Counsel for Trustee Fees | 3210-600 | | 39,666.67 | 79,333.33 |
| 11/08/17 | 000502 | Horowitz, Horowitz & Associates | Special Counsel for Trustee Expense | 3220-610 | | 17,533.20 | 61,800.13 |
| 11/08/17 | 000503 | DEBRA LARSON 21546 EICH DR CREST HILL, IL  60403 | Claim 11, Payment 100.00000% | 8100-002 | | 15,000.00 | 46,800.13 |
| 11/08/17 | 000504 | DEPARTMENT OF HEALTH & FAMILY SERVICES | Personal Prop & Intang - Non Consen | 4220-000 | | 318.18 | 46,481.95 |
| 11/08/17 | 000505 | ATI Physical Therapy | Personal Prop & Intang - Non Consen | 4220-000 | | 407.77 | 46,074.18 |
| 11/30/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 124.76 | 45,949.42 |
| 12/29/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 116.03 | 45,833.39 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | 119,000.00 | 73,166.61 | 45,833.39 |
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 119,000.00 | 73,166.61 | |
| | Less:  Payments to Debtors | | 15,000.00 | |
| | Net | 119,000.00 | 58,166.61 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********0092 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********0103 | 119,000.00 | 58,166.61 | 45,833.39 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 119,000.00 | 58,166.61 | 45,833.39 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  119,000.00   73,166.61

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Ver: 20.00g

LFORM24

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-26898 -PSH | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | LARSON, ALLEN D | | Bank Name: | BOK Financial |
| | LARSON, DEBRA | | Account Number / CD #: | *******0103  Checking Account |
| Taxpayer ID No: | *******9031 | | | |
| For Period Ending: | 02/01/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 01, 2018 |
|---|---|---|---|---|---|---|

Case Number: 13-26898  
Debtor Name: LARSON, ALLEN D

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3210-60 | Horowitz, Horowitz & Associates | Administrative | | $39,666.67 | $39,666.67 | $39,666.67 |
| 001<br>3220-61 | Horowitz, Horowitz & Associates | Administrative | | $17,533.20 | $17,533.20 | $17,533.20 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $3,279.10 | $3,279.10 |
| 000002<br>070<br>7100-00 | National Education SER<br>Attn: Bankruptcy Dept.<br>200 W Monroe St Ste 700<br>Chicago, IL 60606 | Unsecured | | $0.00 | $2,173.99 | $2,173.99 |
| 000003<br>070<br>7100-00 | TD AUTO FINANCE LLC f/k/a<br>CHRYSLER FINANCIAL SERVICES<br>AMERICAS LLC<br>c/o Freedman Anselmo Lindberg, LLC<br>P.O Box 3216<br>Naperville, IL 60566-9713 | Unsecured | | $0.00 | $16,248.36 | $16,248.36 |
| 000004<br>070<br>7100-90 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $79.23 | $79.23 |
| 000005<br>070<br>7100-00 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $0.00 | $659.71 | $659.71 |
| 000006<br>070<br>7100-90 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $121.27 | $121.27 |
| 11<br>999<br>8100-00 | DEBRA LARSON<br>21546 EICH DR<br>CREST HILL, IL 60403 | Unsecured | | $15,000.00 | $15,000.00 | $15,000.00 |
| 050<br>4220-00 | DEPARTMENT OF HEALTH &<br>FAMILY SERVICES | Secured | | $0.00 | $318.18 | $318.18 |
| 050<br>4220-00 | ATI Physical Therapy | Secured | | $0.00 | $407.77 | $407.77 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: February 01, 2018 |

Case Number:  13-26898  
Debtor Name:  LARSON, ALLEN D  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $72,199.87 | $95,487.48 | $95,487.48 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-26898
Case Name: LARSON, ALLEN D
LARSON, DEBRA
Trustee Name: MICHAEL G. BERLAND

Balance on hand $ 45,833.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | DEPARTMENT OF HEALTH & FAMILY SERVICES | $ 318.18 | $ 318.18 | $ 318.18 | $ 0.00 |
| | ATI Physical Therapy | $ 407.77 | $ 407.77 | $ 407.77 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 45,833.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 7,678.95 | $ 0.00 | $ 7,678.95 |
| Other: Horowitz, Horowitz & Associates | $ 39,666.67 | $ 39,666.67 | $ 0.00 |
| Other: Horowitz, Horowitz & Associates | $ 17,533.20 | $ 17,533.20 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 7,678.95

Remaining Balance $ 38,154.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,561.66  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 3,279.10 | $ 0.00 | $ 3,279.10 |
| 000002 | National Education SER<br>Attn: Bankruptcy Dept.<br>200 W Monroe St Ste 700<br>Chicago, IL 60606 | $ 2,173.99 | $ 0.00 | $ 2,173.99 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | TD AUTO FINANCE LLC f/k/a CHRYSLER FINANCIAL SERVICES AMERICAS LLC c/o Freedman Anselmo Lindberg, LLC P.O Box 3216 Naperville, IL 60566-9713 | $ 16,248.36 | $ 0.00 | $ 16,248.36 |
| 000004 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 79.23 | $ 0.00 | $ 79.23 |
| 000005 | MERRICK BANK Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | $ 659.71 | $ 0.00 | $ 659.71 |
| 000006 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | $ 121.27 | $ 0.00 | $ 121.27 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 22,561.66 |
| Remaining Balance | $ 15,592.78 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 171.68 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 15,421.10 .