UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| LARSON, ALLEN D | ) | Case No. 13-26898-PSH |
| LARSON, DEBRA | ) | |
| Debtor(s). | ) | Hon. Pamela S Hollis |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 150 West Jefferson Street, 2nd floor, Joliet, Illinois

    On: June 22, 2018          Time: 10:00 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $119,000.00 |
    | Disbursements | $73,166.61 |
    | Net Cash Available for Distribution | $45,833.39 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | MICHAEL G. BERLAND<br>*Trustee Compensation* | $0.00 | $7,678.95 | $0.00 |
    | HOROWITZ, HOROWITZ & ASSOCIATE<br>*Special Counsel* | $39,666.67 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $52,982.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.3200% plus 0.1600% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
|  | Larson, Debra | $15,421.10 | $15,421.10 |
| 000001 | Capital One Bank (Usa), N.A. | $3,279.10 | $3,304.05 |
| 000002 | National Education Ser | $2,173.99 | $2,190.53 |
| 000003 | Td Auto Finance Llc F/K/A | $16,248.36 | $16,372.01 |
| 000004 | Capital One, N.A. | $79.23 | $79.83 |
| 000005 | Merrick Bank | $659.71 | $664.73 |
| 000006 | Capital Recovery V, Llc | $121.27 | $122.19 |
| 11 | Larson, Debra | $15,000.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: June 22, 2018                        For the Court,

                                       By: _____
                                            CLERK OF THE COURT
                                            219 S. Dearborn
                                            Chicago, IL

Trustee:     Michael G. Berland
Address:     215 Ridge Rd
             Highland Park, IL  60035
Phone No.:   (847) 831-2779

CERTIFICATE OF SERVICE

**NOTICE TO CREDITORS AND PARTIES IN INTEREST**

I certify that on May 21, 2018, I sent postage prepaid the Notice to Creditors and the Trustee's Motion to each of the parties and entities listed below by mailing same, postage prepaid, from Highland Park, Illinois.

/s/ Michael G. Berland, trustee

United States Trustees Office
219 South Dearborn Street, 8th floor
Chicago, Illinois  60604

Allen & Debra Larson
21546 Eich Drive
Crest Hill, Illinois 60403

Kristin Schindler
Geraci Law Firm
55 E. Monroe, Suite 3400
Chicago, Illinois 60603

Ally Financial
200 Renaissance Center
Detroit, Michigan 48243

Bank Of America
450 American Street
Simi Valley, California 93065

American Credit Bureau
Attention Bankruptcy department
2755 S. Federal Highway
Boynton Beach, Florida 33435

Barclays Bank Delaware
c/o Midland Funding
8875 Aero Drive, Suite 200
San Diego, California 92123

Berks Credit
Attention: Bankruptcy Department
900 Corporate Drive
Reading, Pennsylvania 19605

Capital One
Attention Bankruptcy department
POB 85520
Richmond, Virginia 23285

Blatt, Hasenmiller et al
125 S. Wacker Drive, Suite 400
Chicago, Illinois 60606

Creditors Discount
Attention: Bankruptcy department
415 E. Main Street
Streator, Illinois 61364

Eqifax
Attention: Bankruptcy department
POB 740241
Atlanta, Georgia 30374

Experian
Attention Bankruptcy department
POB 2002
Allen, Texas 75013

Gercb/Paypal Smart
Attention: Bankruptcy Department
POB 981064
El Paso, Texas 79998

Illinois Collection Se
Attention: Bankruptcy department
8231 185th, Suite 100
Tinley Park, Illinois 60487

Kohls/Capone
Attention: Bankruptcy Department
N56 W 17000 Ridgewood Drive
Menominee Falls, Wisconsin 53051

Merchants Credit Guide
Attention: Bankruptcy department
223 W. Jackson, Suite 4
Chicago, Illinois 60606

Merrick Bank
Attention: Bankruptcy department
POB 9201
Old Bethpage, New York 11804

Mk Orthopedics
Attention: Bankruptcy department
963 129th Infantry Drive, Suite 18
Joliet, Illinois 60435

National Asset MGMT
Attention: Bankruptcy department
400 Rouser Road, Suite 202
Corapolis, Pennsylvania 15108


National Education Service
Attention: Bankruptcy department
200 Monroe, suite 700
Chicago, Illinois 60606

TD Auto Finance
Attention: Bankruptcy Department
853 E. 158th Street
Dolton, Illinois 60419

TD Auto Finance
POB 9223
Farmington, MI 48333

Total Roofing
833 E. 158th Street
Dolton, Illinois 60419

Transunion
Attention: Bankruptcy Department
POB 1000
Chester, Pennsylvania 19022

Victoria Dental
Attention: Bankruptcy Department
16117 Weber Road
Crest Hill, Illinois 60403